UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVERETT GRISSOM, | ) | NO. CV 08-7122-VAP(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| MIKE KNOWLES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. This court concurs with the magistrate judge's report and recommendation.

Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 18, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE