**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LEVERETT GRISSOM,** | ) | NO. CV 08-7122-VAP(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **MIKE KNOWLES, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: December 18, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE